1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:14-cv-01115-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| RUTH MUTHIMA, | |
| Defendant. | |

10
11
12
13
14
15

_____/

16    Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action
17 pursuant to 42 U.S.C. § 1983 on July 10, 2014.  Plaintiff seeks leave to proceed in forma pauperis.

18    Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is
19 HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's
20 complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

21
22 IT IS SO ORDERED.

23    Dated:  __July 21, 2014__                    _____/s/ Sheila K. Oberto____
                                                  UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28