# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:14-cv-01115-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE |
| v. | (Doc. 6) |
| RUTH MUTHIMA, | |
| Defendant. | |

Plaintiff Archie Cranford, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 10, 2014. On October 17, 2014, Plaintiff filed a document entitled "Motion Discovery Complaint." (Doc. 6.)

Although Plaintiff's motion lacks clarity and he incorrectly states that his complaint was filed two and one half years ago, the motion appears to arise from Plaintiff's concern that Federal Rule of Civil Procedure 4(m) requires the complaint be served within one-hundred twenty days. However, the Court controls the timing of service in cases such as this, and the complaint will not be served until it is screened and the Court determines the claims asserted are cognizable. 28 U.S.C. § 1915(e)(2). Given this procedure and the Court's voluminous docket, the Rule 4(m) "good cause" exception applies automatically and Plaintiff need not be concerned his case will be dismissed for lack of service within one-hundred twenty days.

///

///

1      Accordingly, Plaintiff's motion, construed as one seeking service of process light of the
Rule 4(m) one-hundred twenty day service rule, is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   **November 6, 2014**              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE